UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHAN JAMES HUELLE,<br><br>    Plaintiff,<br><br>v.<br><br>KLICKITAT COUNTY SHERIFFS DEPARTMENT, GRANT COUNTY SHERIFFS DEPARTMENT and RICK McCOMAS,<br><br>    Defendants. | NO: 2:16-CV-0421-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE |

By Report and Recommendation filed June 12, 2017, Magistrate Judge Rodgers recommended that this action be dismissed without prejudice pursuant to Plaintiff's construed motion to voluntarily dismiss. Defendants have not been served.

There being no objections, **IT IS ORDERED** that the Report and

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1

Recommendation, ECF No. 13, is **ADOPTED in its entirety. IT IS FURTHER ORDERED** that Plaintiff's Motion, ECF No. 12 is **GRANTED**, and this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed. Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file.

**DATED** June 27, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2