# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| NATHAN JAMES HUELLE,<br>*Plaintiff*<br>v.<br>KLICKITAT COUNTY SHERIFFS DEPARTMENT, GRANT COUNTY SHERIFFS DEPARTMENT and RICK McCOMAS,<br>*Defendant* | Civil Action No. 2:16-CV-0421-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Report and Recommendation and Plaintiff's construed motion to voluntarily dismiss. (ECF Nos. 13 and 12).

Date: June 27, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen